# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

RABEL BAJWA,

    Plaintiff,

v.                                        Case No: 2:21-cv-692-SPC-MRM

PRIME HEALTHCARE
SERVICES - LEHIGH ACRES,
LLC,

    Defendant.
_____/

## **ORDER**[1]

Before the Court is the parties' Joint Stipulation to Arbitrate and Motion to Stay Action Pending Arbitration. (Doc. 7). The parties agree that the claims here should be sent to arbitration proceedings under a Mutual Agreement to Arbitrate. The parties also agree to stay this case pending completion of arbitration. Having considered the motion and record, and acknowledging that no party opposes the relief sought, the Court grants the joint motion.

Accordingly, it is now

**ORDERED:**

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

1. The Joint Stipulation to Arbitrate and Motion to Stay Action Pending Arbitration (Doc. 7) is **GRANTED**.

2. This case is **STAYED** pending completion of arbitration.

3. The parties are **DIRECTED** to jointly notify the Court when arbitration has ended and if the stay is due to be lifted within seven days of those proceedings ending.

4. The parties are **DIRECTED** to file a joint report on the status of arbitration on or before **January 11, 2022**, and every ninety days after until the Court says otherwise.

5. The Clerk is **DIRECTED** to add a stay flag to the file.

**DONE** and **ORDERED** in Fort Myers, Florida on October 13, 2021.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record