UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

RABEL BAJWA,

    Plaintiff,

v.                                Case No.:  2:21-cv-692-SPC-MRM

PRIME HEALTHCARE
SERVICES - LEHIGH ACRES,
LLC,

    Defendant.
_____/

## **ORDER**[1]

Six months ago, the Court granted the parties' request to send this case to arbitration and stayed the case. Even so, the parties have not yet commenced arbitration. (Doc. 10). Instead, they are trying to settle the dispute pre-arbitration. While the Court appreciates the parties' efforts to settle, it is troubling that the case has been stayed for six months and arbitration has not yet commenced. If settlement efforts fail in the next two weeks, then the parties should proceed to arbitration.

Accordingly, it is now

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

**ORDERED:**

The parties are **DIRECTED** to file either a notice of settlement or a notice that arbitration has commenced by **May 3, 2022**.

**DONE** and **ORDERED** in Fort Myers, Florida on April 19, 2022.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record