UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

RABEL BAJWA,

    Plaintiff,

v.                                Case No.:  2:21-cv-692-SPC-KCD

PRIME HEALTHCARE
SERVICES - LEHIGH ACRES,
LLC,

    Defendant.
_____/

## **ORDER**

    Before the Court is pro se Plaintiff Rabel Bajwa's Motion Requesting E-Filing Privileges. (Doc. 22.) In the motion, Bajwa requests "an order for e-filing access." (*Id.*)

    To the extent Bajwa is seeking to use the Court's electronic filing system (CM/ECF), his request is denied. *See McMahon v. Cleveland Clinic Found. Police Dep't*, 455 F. App'x 874, 878 (11th Cir. 2011) (affirming denial of pro se plaintiff's access to CM/ECF because he did not show good cause). No good cause has been shown (or even argued) here.

    But this does not leave Bajwa without options. An unrepresented individual may submit a document for filing through the Electronic Submission Web Portal on the Court's website at

https://www.flmd.uscourts.gov/electronic-document-submission-web-portal. (last visited 3/29/23). Bajwa can also file a document by mailing it to the clerk's office or delivering it to the clerk's office in person.

To the extent Bajwa requests that he be added to the Court's electronic service list, his request is also denied. As a pro se litigant, Bajwa receives paper copies of all pleadings and orders in his case. If he wants electronic copies of the same, Bajwa can obtain a PACER Case Search Only Account.

Accordingly, Bajwa's Motion Requesting E-Filing Privileges (Doc. 22) is **GRANTED** to the extent he may submit documents for filing through the Electronic Submission Web Portal on the Court's website. To the extent the motion seeks any different or further relief, it is **DENIED**.

**ORDERED** in Fort Myers, Florida this March 29, 2023.

*Kyle C. Dudek*
United States Magistrate Judge

Copies:  All Parties of Record